UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:02cv57-V

| JOHN ROBERT MULLINS, | ) | |
|---|---|---|
| Debtor., | ) | |
| ──────────────────────── | ) | |
| | ) | |
| BARRETT L. CRAWFORD, Trustee, | ) | |
| | ) | **O R D E R** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JOHN ROBERT MULLINS, et. al., | ) | |
| FREIGHTLINER CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────────── | ) | |

**THIS MATTER** is before the Court on Defendants' motion to continue this matter from the 22 August 2005 peremptory setting date previously set in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the to 7 December 2005 in the Statesville Division.

**Signed: June 28, 2005**

Richard L. Voorhees
United States District Judge