**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:02CV57-V**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 98-50517 |
| JOHN ROBERT MULLINS, | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| BARRETT CRAWFORD, Trustee, | ) | Bankruptcy Adversary Proceeding |
| | ) | Case No. 00-5013 |
| Plaintiff. | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| JOHN ROBERT MULLINS, et al., | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** coming on before the undersigned Chief United States District Court Judge for the Western District of North Carolina, on the Plaintiff's Motion to Dismiss without Prejudice, the Court, for good cause shown, finds that it should grant the Plaintiff's Motion and dismiss the Plaintiff's remaining claims without prejudice, except as to Steven Vicroy, Gerald Dechow, David Maynard, Susan Maynard, William Cranwell and Stella Cranwell, each of whom have entered into Settlement Agreements with the Trustee and who will be dismissed from this action with prejudice through the filing of a Stipulation of Dismissal executed by the parties upon consummation of their settlements.

**SO ORDERED.**

_____
Signed: March 24, 2006

_Richard L. Voorhees_

Richard L. Voorhees
Chief United States District Judge