IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:02CV57-V

| | | |
|---|---|---|
| IN RE: | ) | *Bankruptcy Case No.: 98050517* |
| | ) | *Chapter 7* |
| JOHN ROBERT MULLINS, | ) | |
| Debtor. | ) | |
| | ) | |
| BARRETT L. CRAWFORD, Trustee, | ) | *Bankruptcy Adversary Proceeding* |
| Plaintiff, | ) | *Case No.: 00-5013* |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES ROBERT MULLINS, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion pursuant to the following outstanding motions: 1) Defendant Dechow's Motion For Summary Judgment, filed September 27, 2005 (Document #35); 2) Maynard Defendants' Joint Motion To Dismiss, filed September 29, 2005 (Document #37); 3) Defendant Vicroy's Motion To Dismiss / For Summary Judgment, filed October 17, 2005 (Document #41); 4) Maynard Defendants' Motion To Compel Response To Interrogatories, filed November 3, 2005 (Document #48); and 5) Defendant Dechow's Motion For Hearing / Pretrial Conference, filed November 4, 2005 (Document #50).

All of the motions identified herein have been rendered <u>moot</u> as a result of settlements entered into between the Trustee and Adversary Defendants Gerald A. Dechow, Susan Mullins Maynard, David Maynard and Steven F. Vicroy. (*See* Document

1

#63) With the exception of Steven Vicroy,[1] the Trustee has voluntarily dismissed all claims with respect to these Adversary Defendants. (Documents #72, #74, #75)

**IT IS, THEREFORE, ORDERED** that the motions identified herein are hereby **DENIED as moot.**

Signed: August 17, 2006

Richard L. Voorhees
United States District Judge

---

[1] The Trustee advises that Mr. Vicroy has not satisfied the terms of the settlement agreement as of yet due to health concerns and his request for additional time to meet his obligations under the agreement.